# Oklahoma Department of Corrections
# Group Administered Mental Health Questionnaire (Self Report)

Name: __Jones Hershell__   DOC#: __242164__   Reception Date: __1-23-02__

Age: __22__   Married: Yes / (No) (circle one)   Highest Grade Completed: __8__   GED / College / Vo-Tech

Work History / Skills: __None__

Instructions: For each question, circle the correct answer.

1. I have taken medicine or received counseling for mental health reasons:

   (Never) / 5 or more years ago / Between 1 and 5 years ago / During this past year

2. I have been in counseling or taken medicine for one or more of the following reasons listed (circle all that apply):

   (Never) / depression / anxiety (stress, bad nerves) / anger management / suicidal thoughts

   Family/marriage counseling / hallucinations (hearing and/or seeing things)

3. I have been a patient in a mental hospital for psychiatric problems:

   (Never) / Once / Two or Three times / Several times       *last yr. wanted to get to another pod — Threatend to hurt self*

4. I have intentionally cut hurt or tried to kill myself:

   Never / Once / (Two or Three times) / Several times

5. One or more family members have attempted or committed suicide:

   Yes / (No)

6. One or more family members have or have had a serious mental illness:

   Yes / (No)

7. Over the past few days, I have thought I was going crazy or had a serious mental problem:

   (Never) / Sometimes / Most of the time

8. Over the past few days, I have been thinking seriously about committing suicide:

   (Never) / Sometimes / Frequently

9. The last time I drank alcohol was: __2 years ago__

   Give approximate month or year in blank

Revised 8/01

Exhibit F
Pg. 1-9

<u>Instructions</u>: For each question, circle the correct answer:

10. Based on the choices listed below, which one is closest to how often you drink alcohol and/or liquor:

    Never   /   Almost every day   /   **(2 to 4 times per week)**   /   once per week (or less)   /   once per month (or less)

11. Based on the choices listed below, which one is closest to how much you drink in a setting:

    Never   /   **(One to two glasses or bottles)**   /   3 to 5 glasses or bottles   /   6 to 12 glasses or bottles

    More than a 12 pack   /   Drink until drunk

12. I have been to rehab, detox, or treatment for alcohol problems:

    **(Never)** /   Once   /   Two or three times   /   Several times

13. The last time I used illegal drugs was: ____None 1½ yrs.____

    Give approximate month or year in the blank

14. During the two years before I was arrested I used marijuana cocaine, crack, crank, methamphetamines,

    Heroin **(PCP)** or other illegal drugs (circle all that you used regularly):

    Never   /   Almost every day   /   **(2 to 4 times per week)**   /   once per week (or less)   /   once per month (or less)

15. I have been to rehab, detox or treatment for drug problems:

    **(Never)** /   Once   /   Two or three times   /   Several times

16. I have been arrested for drug or alcohol related offense:

    **(Never)** /   Once   /   Two or three times   /   Several times

17. I have lost or quit jobs due to my drug or alcohol problem:

    **(Never)** /   Once   /   Two or three times   /   Several times

**DO NOT WRITE BELOW THE LINE**

_____

Culture Fair Score: ____75____          Refer to QMHP for Clinical Interview?   **(Y)** / N

Comments: _____

_____

_____
Reviewing QM   and Title

# Mental Health History and Psychosocial Assessment
## (Level II Screening Interview)

Date Received: 1/23/02

Name: Jones, Hershell    Doc# 24264    Date: 1/24/02    Time: _____

Current Sentence: Life w/o    Offense: Murder 1°    Prior Incarcerations: 1

**Background Information**

Age: 22    Race: B    Education: 8    Sp. Educ. Yes /(No)    Marital: S    Children: 0

Work History/Skills: None    Stable work history? Yes /

Significant Medical Information: No problems

Head Injury: Yes /(No)

Significant Life Events Disclosed: 2000 Murdered a ? @ Toco Bell

**Mental Health History:**

None

Family History of Mental Illness: None

Current Psych. Meds: None

Past Psych. Meds: None

(Self-injury or suicide attempts): Superficially cut wrist in Co Jail in order to get to another pod 2000

Current Suicidal Ideation: Denied

History of physical / sexual abuse: Denied

Current complaints or reported symptoms: _____

Diagnostic Impression: No Axis I DX, ASPD

Program Recommendation: _____

Refer to Psychiatrist? Yes /(No)/ Already seen        MH level (circle one)  A  B  C  D  (None)

_____
Examining Clinician and Title

Revised 4/01

Mental Health History (cont.)

Drug abuse: _PCP, Embombing Fluid_

Alcohol abuse: _Late Teen onset_

Alcohol or drug tx: _∅_

## Mental Status Assessment

| | | |
|---|---|---|
| 1. | Is inmate incoherent, bizarre, or unusually disorganized in speech or behavior? | YES / NO |
| 2. | Is inmate significantly disoriented as to time, place, or person? | YES / NO |
| 3. | Does inmate demonstrate significant deficits in memory or recall? | YES / NO |
| 4. | Does inmate present with any psychotic features?    (Yes- by report or history) | YES / NO |
| 5. | Does inmate appear significantly sad, depressed, or withdrawn? | YES / NO |
| 6. | Does inmate display significant symptoms of anxiety? | YES / NO |
| 7. | Does inmate present as hyperaroused, agitated, or with pressured speech? | YES / NO |
| 8. | Is inmate angry, hostile, or threatening? | YES / NO |
| 9. | Does inmate voice or display violent tendencies?    (Yes- by report or history) | YES / NO |
| 10. | Does inmate voice or display suicidal tendencies?    (Yes- by report or history) | YES / NO |
| 11. | Does inmate appear to be intellectually challenged? | YES / NO |
| 12. | Was the inmate evasive or uncooperative with the interviewer? | YES / NO |

Explain/expand items marked "yes" or other comments: _____

_____

_____

_____

Clinician's Initials: _____

## PROGRESS NOTE

| DATE | TIME | REF. IND. | PROGRESS NOTES: (S = Subjective, O = Objective, A = Assessment, P = Plan) |
|---|---|---|---|
| 1/23/02 | 8:45 am | (S) | Met w/ I/M in medical due to referral by intake nurse - due to reported self-injury 2 mos ago - while in jail. Self-injury was small superficial cut to wrist. I/M stated he was NEVER suicidal but only wanted to get out of pod (jail) due to fear of violence. He reported 5-6 prior statements of SI during his 1½ yrs in jail - all to get out of pod for a few days. I/M denied any prior MH tx - No A+D problems - No current intent to harm self. Pt has been prescribed sinequan for 1½ yrs - but has generally cheeked meds & thrown down toilet. He reports that he does not need meds - |
| | | (O) | Mood normal. MSE stable - No SI. No thought d/o |
| | | (A) | Dx Imp ASPD |
| | | (P) | Refer to Y services for further assessment in A&R |
| | | | R. Cummings PhD |
| 2-4-02 | | | This pers reveals he has started no depression, anxiety, delus. He explains the recurrences as above & denies current. He denies [illegible] [illegible] but does have MD chem dependent, Ox4 [illegible] [illegible] |
| | | A | II ASPD |
| | | P | Discharge |
| | | | [signature] |

PATIENT'S NAME: Jones
DOC NO.: 242164

# PROGRESS NOTE

| DATE | TIME | REF. IND. | PROGRESS NOTES: (S = Subjective, O = Objective, A = Assessment, P = Plan) |
|---|---|---|---|
| 2-7-02 (M) | | | Pts has seen me late there no problem addition to report beyond last visit<br>A- I 18D<br>P- Discharge    [signature] |
| 4/11/02 | | | 22 year old. ASPD with Borderline Intellect (75) History of suicide gestures (active in County Jail) Juvenile System age 15-17, Tx @ Hillcrest w/o Meds. No serious History of acute Psychiatric Care, Sleeps well, Eats Well, Thought Content - Memory problems. Can't read or write needs GED. Came into DOC @ age 18 at OSR 5/8/99, came back in after murder 2002. This OSR made a good adjustment. Mood - Happy, Affect blunted No severe mood swings. States para suicidal gestures in past usually because he is bored and being locked down. Patient may be a candidate for Habilitation Program at later date after more adequate testing. Recommend no testing or referral at this time. Not suicidal or having ideations at this time.    [signature] Wallace Edw |
| 7/4/02 | | | Patient seen in RHU stable but concerned about his inability to stay out of trouble. Patients mood & affect of normal intensity w/o meeting criteria for depression at this time. Refer to MD. concern lump on his chest.    [signature] Wallace Edw |

PATIENT'S NAME: Jones, Hershell

DOC NO.: 242164

DOC 140106E Section _ (R11/96)

I:\OPS\OPSSIG\OPSSIG14\OP140106.WPD

## OKLAHOMA DEPARTMENT OF CORRECTIONS
## PROGRESS NOTE

| DATE | TIME | (S = Subjective, O = Objective, A = Assessment, P = Plan) |
|---|---|---|
| 9/24/02 | | S: S/m reports not in RHU & working in kitchen. This has helped mental health. Reports emotions are stable. Denied impulsivity.<br>O: Mood euthymic, affect stable, A&O x 3<br>A: ASPD<br>P: See in 30 days.<br>L. Hanel MSLPC & Clin I<br><br>Addendum<br>S/m referred to Dr. Thompson c̄ complaint of knot in the arm pit of right arm.<br>L. Hanel MSLPC & Clin I |
| 9/24/02 | | S - Pt is unclear as to why he is referred to a psychiatrist. Chart review does not reflect any referral from PCP. Above note by Larry Hanel, Psychology Tech Clin I does not reflect referral to a psychiatrist. Past records show pt had seen Dr. Kaczmarek early in 2002. He has a H/O PCP + Embalming fluid (Formaldehyde) abuse until 2 year. He denies any drug abuse. He says he likes Formaldehyde. It makes him high & it is "better than weed" he says. Works in kitchen. On Life 5 parole +45<br>O - Coherent, affect euthymic. OSI ØHI Ø Hallucinations Ø Delusions ØEPS ØTD A/N/V at baseline. Int. Mem. low average Insight Judgment fair<br>A - ASPD / H/o Polysubstance Abuse — in remission in controlled environment<br>P - No medications indicated<br>RTC prn at staff or pt's request only<br>S. C. VINEKAR MD |

| PATIENT'S NAME (Last, First) | DOC NO. |
|---|---|
| JONES, HERSHELL E | 242164 |

DOC 140106E (R 9/01)

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## PROGRESS NOTE

| DATE | TIME | (S = Subjective, O = Objective, A = Assessment, P = Plan) |
|---|---|---|
| 6-10-04 | 0700 | (S) Patient seen in safe cell on medical observation. (O) Awake, quite expressed physical pain from recent injury. Mood + affect sad/depressed. Friendly/cooperative. No voices. No hallucinations. Denies suicidal ideations. (A) Anti Social Personality Disorder w/ Hx of poly substance abuse in remission by controlled environment. (P) Patient ask for ice because he felt dehydrated. 1) CO said he would bring ice. 2) Referred to medical for pain in leg. |

PATIENT'S NAME (Last, First): James Hershell

DOC NO.: 242164

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## PROGRESS NOTE

| DATE | TIME | UNIT |
|---|---|---|
| 7/23/4 | 1515 | H-10W |

**Mental Health Intake/Chart Review**

**Current psychotropic medication(s)/treatment:** none

**Most recent Axis I diagnosis/diagnoses:** none

**Most recent Axis II diagnosis/diagnoses:** ASPD

**Axis III-IV issues of MH relevance:** 6-7-4 altercation c̄ another inmate rec'd multiple stab wounds

**Suicide attempts/self injury history:** 2000 superficially cut arm in jail

**Most recent MH intervention:** 6-10-04

**Other special needs/concerns noted during chart review:** PCP 2-3x wk   Hx of disguise

**Mental health level:** O (A) B C1 C2 D   **Rationale:** no psych meds, Axis II Diag.

**Clinician signature/title:** Patti Santine RN

**Inmate Name (Last, First):** Hershell Jones, Hershell

**DOC #:** 242164

DOC 140106E (R 9/01)

Attachment B
OP-140201

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## Mental Health or Mental-Status Review

Date: 5-25-05   Facility: OSP   Unit: F-4-22

Inmate Name: Herschel Jones   DOC #: 242164

Purpose of Review: (Check appropriate box)

- ☐ Segregation Review
- ☐ Re-evaluation
- ☐ Disciplinary Segregation
- ☐ Death Row
- ☐ Other Explain: _____

Next review scheduled by : _____
                           Date

MENTAL HEALTH CLASSIFICATION LEVEL: B

(Please circle one)

1. Does inmate's cell, clothing, or body seem relative unkempt or unclean?  YES  **NO**
2. Is inmate incoherent, bizarre, or unusually disorganized in speech or behavior?  YES  **NO**
3. Is inmate significantly disoriented as to time, place or person?  YES  **NO**
4. Does inmate demonstrate significant deficits in memory or recall?  YES  **NO**
5. Does inmate present any psychotic features?  YES  **NO**
6. Does inmate appear significantly or unusually sad or depressed?  YES  **NO**
7. Does inmate display significant symptoms of anxiety?  YES  **NO**
8. Is inmate angry, hostile or threatening?  YES  **NO**
9. Does inmate voice or display violent tendencies?  YES  **NO**
10. Does inmate voice or display suicidal tendencies?  YES  **NO**
11. Does inmate show sings of euphoric or expansive mood?  YES  **NO**

Explain/expand items marked "Yes" or other comments: _____

Doing well on seroquen

_____
Qualified Mental Health Professional

(R 5/02)

Attachment B
OP-140201

# OKLAHOMA DEPARTMENT OF CORRECTIONS
## Mental Health or Mental-Status Review

Date: 08/31/05  Facility: OSP  Unit: F4

Inmate Name: James, A  DOC #: 242164

Purpose of Review: (Check appropriate box)

- ☐ Segregation Review     ☐ Re-evaluation
- ☐ Disciplinary Segregation  ☐ Death Row  *Routine*
- ☐ Other Explain: _____

Next review scheduled by: 09/30/05
                          Date

|  | (Please circle one) |
|---|---|
| 1. Does inmate's cell, clothing, or body seem relative unkempt or unclean? | YES / **NO** |
| 2. Is inmate incoherent, bizarre, or unusually disorganized in speech or behavior? | YES / **NO** |
| 3. Is inmate significantly disoriented as to time, place or person? | YES / **NO** |
| 4. Does inmate demonstrate significant deficits in memory or recall? | YES / **NO** |
| 5. Does inmate present any psychotic features? | YES / **NO** |
| 6. Does inmate appear significantly or unusually sad or depressed? | YES / **NO** |
| 7. Does inmate display significant symptoms of anxiety? | YES / **NO** |
| 8. Is inmate angry, hostile or threatening? | YES / **NO** |
| 9. Does inmate voice or display violent tendencies? | YES / **NO** |
| 10. Does inmate voice or display suicidal tendencies? | YES / **NO** |
| 11. Does inmate show sings of euphoric or expansive mood? | YES / **NO** |

Explain/expand items marked "Yes" or other comments: _____

_____
Qualified Mental Health Professional

(R 5/02)