IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HERSHELL EUGENE JONES, JR., ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | No. CIV-08-100-C |
| ) | |
| JUSTIN JONES et al., ) | |
| ) | |
| Respondents ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on February 26, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted. Case No. CIV-08-100-C is terminated, as it was a clerical error for the Clerk to open a new case; and the pleadings filed therein must be refiled by the Court Clerk in Case No. CIV-06-1157-C.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus be and the same is terminated to correct a clerical error of the Court Clerk.

IT IS SO ORDERED this 1st day of April, 2008.

ROBIN J. CAUTHRON
United States District Judge